# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HUNT REFINING COMPANY, ) <br> A Corporation, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> C&H PAVING, INC., a ) <br> corporation, and BENJAMIN C. ) <br> CRANFORD, ) <br> ) <br>     Defendants. ) | Civil Action File <br> No.: 1:23-cv-04540-ELR |

## DEFENDANT C AND H PAVING, INC.'S INITIAL DISCLOSURES

(1) If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

**RESPONSE:** Defendant C and H Paving, Inc. is incorrectly identified as C&H Paving, Inc.

(2) Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends

that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

**RESPONSE:** None.

(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.

**RESPONSE:** It is Plaintiff's burden to prove its claim.

(4) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.

**RESPONSE:** None at this time.

5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

**RESPONSE:** See Attachment A.

(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report

satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

**RESPONSE:** Defendant will supplement this response.

(7) Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

**RESPONSE:** Business records of C and H Paving, Inc. 204 Main Street, Thomson, Georgia.

(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**RESPONSE:** Not applicable.

(9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

**RESPONSE:** None.

(10) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**RESPONSE:** Not applicable.

            Respectfully submitted,

            *s/ John C. Bell, Jr.*
            John C. Bell, Jr. (GA State Bar No. 048600)
            The Bell Firm
            PO Box 1547
            Augusta, GA 30903-1547
            (706) 722-2014
            john@bellfirm.net

            COUNSEL FOR C AND H PAVING, INC.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing DEFENDANT C AND H PAVING, INC.'S INITIAL DISCLOSURES, by using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

This 5th day of April, 2024.

                                          *s/ John C. Bell, Jr.*
                                          John C. Bell, Jr.

                                          Counsel for C and H Paving, Inc.