# ATTACHMENT A

Vernon Simmons, 204 Main Street, Thomson, Georgia 30824; (706) 595-5351

Benjamin C. Cranford, 204 Main Street, Thomson, Georgia 30824; (706) 595-5351