# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **HUNT REFINING COMPANY**, a corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO: 1:23-cv-04540-ELR |
| **C and H PAVING, INC.**, a corporation, and **BENJAMIN C. CRANFORD**, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION FOR CONSENT JUDGMENT

Plaintiff Hunt Refining Company and Defendant C and H Paving, Inc. consent to and jointly move this Court for entry of a consent judgment in favor of Plaintiff Hunt Refining Company and against Defendant C and H Paving, Inc. A copy of the proposed Consent Judgment to which the parties have agreed is attached.

Respectfully submitted this the 19th day of April, 2024.

/s/Richard H. Monk III
Richard H. Monk III
Georgia Bar No: 557208
Bradley Arant Boult Cummings LLP
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203
rmonk@bradley.com
*Attorney for Plaintiff Hunt Refining Company*

/s/John Chapman Bell, Jr.
John Chapman Bell, Jr.
The Bell Firm
PO Box 1547
Augusta, Georgia 30903
john@bellfirm.net
*Attorney for Defendant C and H Paving, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 19, 2024, I have electronically filed the foregoing with the Clerk of the Court using the Pacer system, which will send notification to counsel of record.  I hereby certify that I have served via Electronic and United States Postal Service the document to the following non-CM/ECF participants:

Benjamin C. Cranford
204 Main Street
PO Box 1809
Thomson, GA, 30824
benji530@icloud.com

                                            */s/ Richard H. Monk III*
                                            OF COUNSEL