# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **HUNT REFINING COMPANY, a corporation,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **CASE NO:  1:23-cv-04540-ELR** |
| **C and H PAVING, INC., a corporation, and BENJAMIN C. CRANFORD,** ) ) ) ) | |
| **Defendants.** ) | |

## CONSENT JUDGMENT

This matter comes before the Court on the Joint Motion for Consent Judgment filed by Plaintiff Hunt Refining Company and Defendant C and H Paving, Inc.

Based upon the request of the parties to the Joint Motion, and for good cause shown, the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that Judgment is hereby **GRANTED** and **ENTERED** in favor of Plaintiff Hunt Refining Company and against Defendant C and H Paving, Inc. in the amount of $909,041.17, comprised of the principal amount $694,885.81, plus pre-judgment interest totaling $214,155.36, with each party to bear its own attorneys' fees and costs to date.  There being no just reason for delay, the Court hereby certifies this

Judgment as final pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. This Court retains jurisdiction over defendant C and H Paving, Inc. for the purposes of handling any motions or other matters relating to the enforcement and collection of this Judgment, and making an award of attorneys' fees to the Plaintiff for its future collection costs, if any.

Plaintiff's claims against Defendant Benjamin C. Cranford remain pending.

**SO ORDERED** this the ___ day of April, 2024.


_____
**Eleanor L. Ross**
**United States District Judge**
**Northern District of Georgia**