IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HUNT REFINING COMPANY, a corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C AND H PAVING, INC., a corporation, and BENJAMIN C. CRANFORD, )<br>)<br>Defendants. ) | CASE NO: 1:23-cv-04540-ELR |

**PLAINTIFF HUNT REFINING COMPANY'S
MOTION FOR SUMMARY JUDGMENT AGAINST
<u>DEFENDANT BENJAMIN C. CRANFORD</u>**

Plaintiff Hunt Refining Company ("HRC"), pursuant to Fed.R.Civ.P. 56, hereby moves for summary judgment in its favor and against Defendant Benjamin C. Cranford ("Cranford") on Plaintiff's claim for breach of contract (Count III) in its Verified Complaint (Doc. 1), there being no genuine issue of material fact. HRC requests final judgment against Cranford in the amount of $912,810.70, plus prejudgment interest at a daily rate of $342.68 from May 1, 2024 to the date of judgment, with leave to later seek attorneys' fees and costs of collection.

In support of this motion, HRC submits and incorporates herein its

memorandum of law with supporting evidence, and its Statement of Undisputed Material Facts in accordance with Local Rule 56.1.

Respectfully submitted this 3rd day of May, 2024.

/s/Richard H. Monk III
Richard H. Monk III
*Attorney for Plaintiff Hunt Refining Company*
Georgia Bar No: 557208
Bradley Arant Boult Cummings LLP
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203
Telephone: (205) 521-8516
Fax: (205) 488-6516
rmonk@bradley.com

OF COUNSEL
Chase Lyndale
Georgia Bar No. 183762
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 868-2100
Fax: (404) 868-2010
clyndale@bradley.com

## CERTIFICATE OF SERVICE

I hereby certify that dated May 3, 2024, I electronically filed a copy of the foregoing **HUNT REFINING COMPANY'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, and the foregoing was served by Electronic and U.S. Mail to the following:

John Chapman Bell, Jr.
The Bell Firm
PO Box 1547
Augusta, Georgia 30903
john@bellfirm.net
***Attorney for Defendant C and H Paving, Inc.***

Benjamin C. Cranford
204 Main Street
PO Box 1809
Thomson, GA, 30824
benji530@icloud.com

                                           /s/Richard H. Monk III
                                           OF COUNSEL