Exh. A
Memorandum in Support of Plaintiff's
Motion for Summary Judgment Against
Defendant Benjamin C. Cranford

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **HUNT REFINING COMPANY, a corporation,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) **CASE NO:** ) |
| **C & H PAVING, INC., a corporation, and BENJAMIN C. CRANFORD** | ) ) ) ) |
| **Defendants.** | ) ) |

## DECLARATION OF GEORGE THAGARD

1. My name is George Thagard. I am over 21 years old and competent to give this declaration. I have personal knowledge of the facts stated in this declaration.

2. I have been employed by Hunt Refining Company ("HRC") since 1998. Since, 1998 I have been Credit Manager for HRC.

3. HRC sold asphalt on credit to C&H Paving, Inc. (C&H). The asphalt purchased by C&H was delivered to C&H at a terminal in Lithonia, Georgia. HRC invoiced C&H for asphalt purchased from HRC.

4. C&H has failed to pay when due certain invoices for asphalt it purchased from HRC. A spreadsheet listing the invoices that C&H has failed to pay is attached to this declaration as Attachment 1.

5. Copies of the invoices that C&H has not paid, and the associated bills of lading reflecting delivery of the products invoiced, are attached to this declaration collectively as Attachment 2.

6.      Attachment 3 to this declaration is a copy of a Continuing Guaranty Agreement executed by Benjamin C. Cranford. HRC relied upon this guaranty agreement in extending credit to C&H.

7.      As shown on Attachment 1, C&H owes HRC the principal amount of $694,885.81for invoices that C&H has failed to pay.  The invoices provide that interest on overdue invoices is charged at 1.5% per month (18% per annum).  As shown on Attachment 1, through September 30, 2023, interest totaling $144,248.64 has accrued on the unpaid invoices.  As of September 30, 2023, C&H owes HRC $839,134.45 in principal and interest on the unpaid invoices.

8.      Interest continues to accrue on the unpaid invoices at the rate of $342.68 per day.

9.      Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2023.

George Thagard

# Attachment 1
# to Declaration of George Thagard

| Group description | Invoice | Invoice date | Due date | Amount | Payment | Balance | Over 90 | Interest 1.5% Per Month thru 9/2023 | Updated Balance |
|---|---|---|---|---|---|---|---|---|---|
| C & H PAVING, INC. | | | | 694,885.81 | | 0.00 | 694,885.81 | 694,885.81 | |
| | 1683166 | 4/27/2022 | 5/25/2022 | 16,141.68 | | 0.00 | 16,141.68 | 16,141.68 | 3,874.00 | 20,015.68 |
| | 1683705 | 4/28/2022 | 5/25/2022 | 16,059.20 | | 0.00 | 16,059.20 | 16,059.20 | 3,854.21 | 19,913.41 |
| | 1683706 | 4/28/2022 | 5/25/2022 | 16,128.99 | | 0.00 | 16,128.99 | 16,128.99 | 3,870.96 | 19,999.95 |
| | 1683707 | 4/28/2022 | 5/25/2022 | 16,179.75 | | 0.00 | 16,179.75 | 16,179.75 | 3,883.14 | 20,062.89 |
| | 1684277 | 4/29/2022 | 5/25/2022 | 16,021.13 | | 0.00 | 16,021.13 | 16,021.13 | 3,845.07 | 19,866.20 |
| | 1684278 | 4/29/2022 | 5/25/2022 | 16,484.31 | | 0.00 | 16,484.31 | 16,484.31 | 3,956.23 | 20,440.54 |
| | 1686052 | 6/2/2022 | 7/25/2022 | 18,519.93 | | 0.00 | 18,519.93 | 18,519.93 | 3,889.19 | 22,409.12 |
| | 1696423 | 6/3/2022 | 7/25/2022 | 17,390.32 | | 0.00 | 17,390.32 | 17,390.32 | 3,651.97 | 21,042.29 |
| | 1697492 | 6/7/2022 | 7/25/2022 | 18,117.01 | | 0.00 | 18,117.01 | 18,117.01 | 3,804.57 | 21,921.58 |
| | 1697940 | 6/8/2022 | 7/25/2022 | 18,778.95 | | 0.00 | 18,778.95 | 18,778.95 | 3,943.58 | 22,722.53 |
| | 1697941 | 6/8/2022 | 7/25/2022 | 17,862.75 | | 0.00 | 17,862.75 | 17,862.75 | 3,751.18 | 21,613.93 |
| | 1698361 | 6/9/2022 | 7/25/2022 | 18,606.27 | | 0.00 | 18,606.27 | 18,606.27 | 3,907.32 | 22,513.59 |
| | 1698362 | 6/9/2022 | 7/25/2022 | 18,138.60 | | 0.00 | 18,138.60 | 18,138.60 | 3,809.11 | 21,947.71 |
| | 1698737 | 6/10/2022 | 7/25/2022 | 18,886.88 | | 0.00 | 18,886.88 | 18,886.88 | 3,966.24 | 22,853.12 |
| | 1698738 | 6/10/2022 | 7/25/2022 | 18,671.03 | | 0.00 | 18,671.03 | 18,671.03 | 3,920.92 | 22,591.95 |
| | 1698739 | 6/10/2022 | 7/25/2022 | 17,715.65 | | 0.00 | 17,715.65 | 17,715.65 | 3,720.29 | 21,435.94 |
| | 1700309 | 6/15/2022 | 7/25/2022 | 18,778.95 | | 0.00 | 18,778.95 | 18,778.95 | 3,943.58 | 22,722.53 |
| | 1700310 | 6/15/2022 | 7/25/2022 | 18,283.05 | | 0.00 | 18,283.05 | 18,283.05 | 3,839.44 | 22,122.49 |
| | 1700774 | 6/16/2022 | 7/25/2022 | 17,268.00 | | 0.00 | 17,268.00 | 17,268.00 | 3,626.28 | 20,894.28 |
| | 1700775 | 6/16/2022 | 7/25/2022 | 18,778.95 | | 0.00 | 18,778.95 | 18,778.95 | 3,943.58 | 22,722.53 |
| | 1701260 | 6/17/2022 | 7/25/2022 | 18,519.93 | | 0.00 | 18,519.93 | 18,519.93 | 3,889.19 | 22,409.12 |
| | 1708246A | 7/7/2022 | 8/25/2022 | -18,750.00 | | 0.00 | -18,750.00 | -18,750.00 | 0.00 | -18,750.00 |
| | 1711397 | 7/14/2022 | 8/25/2022 | 18,810.38 | | 0.00 | 18,810.38 | 18,810.38 | 3,668.02 | 22,478.40 |
| | 1711824 | 7/15/2022 | 8/25/2022 | 19,362.90 | | 0.00 | 19,362.90 | 19,362.90 | 3,775.77 | 23,138.67 |
| | 1713155 | 7/19/2022 | 8/25/2022 | 19,543.02 | | 0.00 | 19,543.02 | 19,543.02 | 3,810.89 | 23,353.91 |
| | 1713156 | 7/19/2022 | 8/25/2022 | 19,467.97 | | 0.00 | 19,467.97 | 19,467.97 | 3,796.25 | 23,264.22 |
| | 1713665 | 7/20/2022 | 8/25/2022 | 19,685.62 | | 0.00 | 19,685.62 | 19,685.62 | 3,838.70 | 23,524.32 |
| | 1713666 | 7/20/2022 | 8/25/2022 | 19,475.48 | | 0.00 | 19,475.48 | 19,475.48 | 3,797.72 | 23,273.20 |
| | 1715796 | 7/26/2022 | 8/25/2022 | 18,837.55 | | 0.00 | 18,837.55 | 18,837.55 | 3,673.32 | 22,510.87 |
| | 1716294 | 7/27/2022 | 8/25/2022 | 18,755.00 | | 0.00 | 18,755.00 | 18,755.00 | 3,657.22 | 22,412.22 |
| | 1720319 | 8/8/2022 | 9/26/2022 | 17,921.82 | | 0.00 | 17,921.82 | 17,921.82 | 3,225.93 | 21,147.75 |
| | 1720727 | 8/9/2022 | 9/26/2022 | 18,972.98 | | 0.00 | 18,972.98 | 18,972.98 | 3,415.14 | 22,388.12 |
| | 1720728 | 8/9/2022 | 9/26/2022 | 19,301.00 | | 0.00 | 19,301.00 | 19,301.00 | 3,474.18 | 22,775.18 |
| | 1721249 | 8/10/2022 | 9/26/2022 | 19,383.00 | | 0.00 | 19,383.00 | 19,383.00 | 3,488.94 | 22,871.94 |
| | 1721250 | 8/10/2022 | 9/26/2022 | 18,138.02 | | 0.00 | 18,138.02 | 18,138.02 | 3,264.84 | 21,402.86 |
| | 1725273 | 8/23/2022 | 9/26/2022 | 19,484.35 | | 0.00 | 19,484.35 | 19,484.35 | 3,507.18 | 22,991.53 |
| | 1725274 | 8/23/2022 | 9/26/2022 | 19,340.80 | | 0.00 | 19,340.80 | 19,340.80 | 3,481.34 | 22,822.14 |
| | 1727009 | 8/29/2022 | 9/26/2022 | 18,139.56 | | 0.00 | 18,139.56 | 18,139.56 | 3,265.12 | 21,404.68 |
| | 1728212 | 9/1/2022 | 10/25/2022 | 18,220.02 | | 0.00 | 18,220.02 | 18,220.02 | 3,006.30 | 21,226.32 |
| | 1728213 | 9/1/2022 | 10/25/2022 | 19,465.01 | | 0.00 | 19,465.01 | 19,465.01 | 3,211.73 | 22,676.74 |
| Total | | | | 694,885.81 | | 0.00 | 694,885.81 | 694,885.81 | 144,248.64 | 839,134.45 |

# Attachment 2
# to Declaration of George Thagard



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:   C & H PAVING, INC.
          P. O. BOX 1809
          THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 04/26/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL. | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 04/27/22 | INVOICE NO. 1683166 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | |
|---|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008521 | | PG 64-22 BINDER | 25.44 SHORTTON | 634.000000 | 16,128.96 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.72 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 5/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 322.58 | TOTAL USD | 16,141.68 |
|---|---|---|---|---|

INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

SHIPPING POINT: Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION JEFFERSON CO GA | | Loaded At / Shipping Point: | Snell - Lithonia Terminal 6854 Marbut Road Lithonia, GA 30058 |
|---|---|---|---|
| CARRIER 047000  CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations, Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc. P. O. Box 1809 Thomson, GA 30824 |

| DRIVER JERRY BLEVINS | DATE 04/26/2022 | CUST.NO, SALE NO, 016910-908 |
|---|---|---|

| X _____ DRIVER SIGNATURE | | CONTRACT NO, |
|---|---|---|

| C & H Paving Inc. Project: GDOT 222150 Job Type: STATE | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs, Consignor is not the shipper as that term is used herein. |
|---|---|---|

Certified to Meet Georgia Dept. of Transportation Specifications

| TRUCK/TRAILER ID CLN14 | DATE/TIME IN 4/26/2022  8:43:40AM | X _____ DISPATCHER SIGNATURE |
|---|---|---|

| CARGO TANK LAST CONTAINED PG64-22 | | |
|---|---|---|

| ASPHALT TANK # 1 | TEMP. (°F) 335 | X _____ RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION |
|---|---|---|

**PRODUCT INFORMATION:**

- - - **D.O.T. HAZARDOUS MATERIALS DESCRIPTION** - - -

UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11008521 | 7300 | PG 64-22 BINDER | 50880 | 25.44 | 5885 |

| SPGR   1.038 | | | TOTALS | GROSS LB.:   79800 | TARE LB.:   28920 |
|---|---|---|---|---|---|



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:  C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 04/27/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 04/28/22 | INVOICE NO. 1683705 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | | |
|---|---|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008543 | | PG 64-22 BINDER | 25.31 SHORTTON | 634.000000 | 16,046.54 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.66 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 5/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 320.93 | TOTAL USD | 16,059.20 |
|---|---|---|---|---|

## INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment, Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | | |
|---|---|---|
| **ROUTING INSTRUCTION**<br>JEFFERSON CO GA | **Loaded At / Shipping Point:** | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations, Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| | | | |
|---|---|---|---|
| **DRIVER**<br>JERRY BLEVINS | **DATE**<br>04/27/2022 | **CUST.NO, SALE NO,**<br>016910-908 | |

**X**
DRIVER SIGNATURE

**CONTRACT NO,**

S
i
p
i
o
C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignor and/or its shipping agent is the sole responsible for transportation arrangements, including payment of all transportation costs, Consignor is not the shipper as that term is used herein.

12508

| **TRUCK/TRAILER ID**<br>CLN14 | **DATE/TIME IN**<br>4/27/2022  2:53:36PM | **X**<br>DISPATCHER SIGNATURE |
|---|---|---|

| **CARGO TANK LAST CONTAINED**<br>PG64-22 | | |
|---|---|---|

| **ASPHALT TANK #**<br>1 | **TEMP, (°F)**<br>335 | **X**<br>RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE |
|---|---|---|

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S, GALLONS |
|---|---|---|---|---|---|
| 11008543 | 7300 | PG 64-22 BINDER | 50620 | 25.31 | 5855 |

| SPGR: 1.038 | | | TOTALS | GROSS LB.: 79620 | TARE LB.: 29000 |
|---|---|---|---|---|---|



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 04/27/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 04/28/22 | INVOICE NO. 1683706 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | |
|---|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008539 | | PG 64-22 BINDER | 25.42 SHORTTON | 634.000000 | 16,116.28 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.71 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 5/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 322.33 | TOTAL USD | 16,128.99 |
|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | | |
|---|---|---|
| **ROUTING INSTRUCTION**<br>JEFFERSON CO GA | **Loaded At / Shipping Point:** | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| **DRIVER**<br>JERRY BLEVINS | **DATE**<br>04/27/2022 | **CUST,NO. SALE NO.**<br>016910-908 |
|---|---|---|

**X**
DRIVER SIGNATURE

**CONTRACT NO.**

---

**S**
**h**
**i**
**p** C & H Paving Inc.
Project: GDOT 222150
**t** Job Type: STATE
**o**

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs, Consignor is not the shipper as that term is used herein.

| **TRUCK/TRAILER ID**<br>CLN13 | **DATE/TIME IN**<br>4/27/2022 10:28:06AM | **X**<br>DISPATCHER SIGNATURE |
|---|---|---|

| **CARGO TANK LAST CONTAINED**<br>PG64-22 | | |
|---|---|---|

| **ASPHALT TANK #**<br>1 | **TEMP. (°F)**<br>335 | **X**<br>RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION      DATE |
|---|---|---|

**PRODUCT INFORMATION:**
**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**
UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | | NET POUNDS | SHORT TONS | NET U.S, GALLONS |
|---|---|---|---|---|---|---|
| 11008539 | 7300 | PG 64-22 BINDER | | 50840 | 25.42 | 5881 |

| SPGR | 1.038 | | TOTALS | GROSS LB.: | 80000 | TARE LB.: | 29160 |
|---|---|---|---|---|---|---|---|



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 04/27/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 04/28/22 | INVOICE NO. 1683707 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008534 | | PG 64-22 BINDER | 25.50 SHORTTON | 634.000000 | 16,167.00 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.75 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 5/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 323.34 | TOTAL USD | 16,179.75 |
|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\*\*\* **EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC)** \*\*\*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | |
|---|---|
| **ROUTING INSTRUCTION**<br>JEFFERSON CO GA | **Loaded At / Shipping Point:** Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| | | | |
|---|---|---|---|
| **DRIVER** JERRY BLEVINS | **DATE** 04/27/2022 | **CUST.NO, SALE NO.** 016910-908 | |
| X _____ DRIVER SIGNATURE | | **CONTRACT NO.** | |

| | |
|---|---|
| s<br>i<br>l<br>P<br>i<br>o | C & H Paving Inc.<br>Project: GDOT 222150<br>Job Type: STATE |

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

Certified to Meet Georgia Dept. of Transportation Specifications

| | |
|---|---|
| **TRUCK/TRAILER ID**<br>cn14 | **DATE/TIME IN**<br>4/27/2022  6:39:40AM |

X _____
DISPATCHER SIGNATURE

| | |
|---|---|
| **CARGO TANK LAST CONTAINED**<br>PG64-22 | |

| **ASPHALT TANK #**<br>1 | **TEMP, (°F)**<br>335 | X _____<br>RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION            DATE |

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11008534 | 7300 | PG 64-22 BINDER | 51000 | 25.50 | 5899 |

| | | | | | |
|---|---|---|---|---|---|
| SPGR  1.038 | | | TOTALS  GROSS LB.:  79000 | TARE LB.:  28000 | |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:  C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 04/28/22 | | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 04/29/22 | INVOICE NO. 1684277 |
|---|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008556 | | PG 64-22 BINDER | 25.25 SHORTTON | 634.000000 | 16,008.50 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.63 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 5/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 320.17 | TOTAL USD | 16,021.13 |
|---|---|---|---|---|

INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.   All claims must be filed within 10 days from the date of shipment.   Inquiries involving products or discrepancies, phone (205) 391-3517.   Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038905, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

---

ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION JEFFERSON CO GA | | | Loaded At / Shipping Point: | Snell - Lithonia Terminal 6854 Marbut Road Lithonia, GA 30058 |
|---|---|---|---|---|
| CARRIER 047000 CLN TRUCKING | | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations, Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | | Consignee/Buyer: | C & H Paving Inc. P. O. Box 1809 Thomson, GA 30824 |
| DRIVER JERRY BLEVINS | | DATE 04/28/2022 | CUST.NO, SALE NO. 016910-908 | |
| **X** DRIVER SIGNATURE | | | CONTRACT NO. | |

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

| TRUCK/TRAILER ID CLN13 | DATE/TIME IN 4/28/2022 10:09:20AM |
|---|---|
| CARGO TANK LAST CONTAINED PG64-22 | |
| ASPHALT TANK # 1 | TEMP. (°F) 335 |

**X** DISPATCHER SIGNATURE

12508

**X** RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION ___ DATE

---

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11008558 | 7300 | PG 64-22 BINDER | 50500 | 25.25 | 5842 |

SPGR: 1.038

TOTALS:     GROSS LB.: 79500     TARE LB.: 29000



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:    C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 04/28/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 04/29/22 | INVOICE NO. 1684278 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008547 | | PG 64-22 BINDER | 25.98 SHORTTON | 634.000000 | 16,471.32 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.99 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 5/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 329.43 | **TOTAL USD** | 16,484.31 |
|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste. This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | | |
|---|---|---|
| **ROUTING INSTRUCTION**<br>JEFFERSON CO GA | **Loaded At / Shipping Point:** | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations, Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| DRIVER | DATE | CUST.NO. SALE NO. |
|---|---|---|
| JERRY BLEVINS | 04/28/2022 | 016910-008 |

X _____
DRIVER SIGNATURE

CONTRACT NO.

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignor and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

X _____
DISPATCHER SIGNATURE

| TRUCK/TRAILER ID | DATE/TIME IN | |
|---|---|---|
| cn14 | 4/28/2022 6:10:50AM | X _____<br>DISPATCHER SIGNATURE |

| CARGO TANK LAST CONTAINED | | |
|---|---|---|
| PG64-22 | | |

| ASPHALT TANK # | TEMP, (°F) | |
|---|---|---|
| 1 | 335 | X _____<br>RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE |

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11008547 | 7300 | PG 64-22 BINDER | 51960 | 25.98 | 6010 |

| SPGR 1.038 | | | TOTALS | GROSS LB.: 79760 | TARE LB. 27800 |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/01/22 | | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/02/22 | INVOICE NO. 1696052 |
|---|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | |
|---|---|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008808 | | PG 64-22 BINDER | 25.74 SHORTTON | 719.000000 | 18,507.06 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.87 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 370.14 | TOTAL USD | 18,519.93 |
|---|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\*

### STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apperent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions. and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

---

**ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR**

| ROUTING INSTRUCTION | | | Loaded At / Shipping Point: | Snell - Lithonia Terminal |
|---|---|---|---|---|
| JEFFERSON CO GA | | | | 6854 Marbut Road |
| | | | | Lithonia, GA 30058 |
| **CARRIER** | | | Consignor/Seller: | Hunt Refining Company |
| 047000  CLN TRUCKING | | | | |

Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein.

Consignee/Buyer:

C & H Paving Inc.
P. O. Box 1809
Thomson, GA 30824

| DRIVER | | DATE | CUST.NO, SALE NO, |
|---|---|---|---|
| JERRY BLEVINS | | 06/01/2022 | 016910-908 |

**X**
DRIVER SIGNATURE

CONTRACT NO,

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs, Consignor is not the shipper as that term is used herein.

Certified to Meet Georgia Dept. of Transportation Specifications

| TRUCK/TRAILER ID | DATE/TIME IN | |
|---|---|---|
| CLN14 | 6/1/2022  10:44:49AM | **X**<br>DISPATCHER SIGNATURE |

| CARGO TANK LAST CONTAINED | |
|---|---|
| PG64-22 | |

| ASPHALT TANK # | TEMP. (°F) | **X**<br>RECEIVED BY CONSIGNEE AT DESTINATION IN GOOD CONDITION | DATE |
|---|---|---|---|
| 1 | 335 | | |

**PRODUCT INFORMATION:**
**- - - D.O.T, HAZARDOUS MATERIALS DESCRIPTION - - -**
UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO, | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U,S, GALLONS |
|---|---|---|---|---|---|
| 11008808 | 7300 | PG 64-22 BINDER | 51480 | 25.74 | 5955 |

| SPGR:  1.038 | | | TOTALS: | GROSS LB.:  80000 | TARE LB.:  28520 |
|---|---|---|---|---|---|



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/02/22 | | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/03/22 | INVOICE NO. 1696423 |
|---|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | |
|---|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008814 | | PG 64-22 BINDER | 24.17 SHORTTON | 719.000000 | 17,378.23 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.09 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 347.56 | TOTAL USD | 17,390.32 |
|---|---|---|---|---|

**INTEREST CHARGEABLE AFTER DUE DATE**

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL. 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

*** EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) ***

### STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | | |
|---|---|---|
| **ROUTING INSTRUCTION**<br>JEFFERSON CO GA | **Loaded At / Shipping Point:** | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations, Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| **DRIVER**<br>JERRY BLEVINS | **DATE**<br>06/02/2022 | **CUST.NO. SALE NO.**<br>016910-908 |
|---|---|---|

X _____
**DRIVER SIGNATURE**

**CONTRACT NO.**

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignor and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs, Consignor is not the shipper as that term is used herein.

| **TRUCK/TRAILER ID**<br>CLN14 | **DATE/TIME IN**<br>6/2/2022  8:58:11AM | X _____<br>DISPATCHER SIGNATURE |
|---|---|---|

| **CARGO TANK LAST CONTAINED**<br>PG64-22 | | |
|---|---|---|

| **ASPHALT TANK #**<br>1 | **TEMP. (°F)**<br>335 | X _____<br>RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE |
|---|---|---|

**PRODUCT INFORMATION:**
**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**
**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|---|
| 11008814 | 7300 | PG 64-22 BINDER | | 48340 | 24.17 | 5592 |

| SPGR: 1.038 | | | TOTALS | GROSS LB.:   77180 | TARE LB.:   28840 |
|---|---|---|---|---|---|



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:  C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/06/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/07/22 | INVOICE NO. 1697492 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008842 | | PG 64-22 BINDER | 25.18 SHORTTON | 719.000000 | 18,104.42 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.59 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 362.09 | TOTAL USD | 18,117.01 |
|---|---|---|---|---|---|

## INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste. This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION<br>JEFFERSON CO GA | | | Loaded At / Shipping Point: | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
|---|---|---|---|---|
| CARRIER<br>047000 CLN TRUCKING | | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations, Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | | Consignee/Buyer: | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |
| DRIVER<br>JERRY BLEVINS | | DATE<br>06/06/2022 | CUST.NO. SALE NO.<br>016910-908 | |
| X<br>DRIVER SIGNATURE | | | CONTRACT NO. | |
| C & H Paving Inc.<br>Project: GDOT 222150<br>Job Type: STATE | | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein. | |
| Certified to Meet Georgia Dept. of Transportation Specifications | | | | |
| TRUCK/TRAILER ID<br>CLN14 | DATE/TIME IN<br>6/6/2022  1:46:41PM | | X<br>DISPATCHER SIGNATURE | |
| CARGO TANK LAST CONTAINED<br>PG64-22 | | | | |
| ASPHALT TANK #<br>1 | TEMP. (°F)<br>335 | | X<br>RECEIVED BY CONSIGNEE AT DESTINATION/IN GOOD CONDITION | DATE |

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S, GALLONS |
|---|---|---|---|---|---|
| 11008842 | 7300 | PG 64-22 BINDER | 50360 | 25.18 | 5825 |

| | | | TOTALS | GROSS LB.: 77500 | TARE LB.: 27140 |
|---|---|---|---|---|---|
| SPGR: 1.038 | | | | | |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:    C & H PAVING, INC.
            P. O. BOX 1809
            THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/07/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/08/22 | INVOICE NO. 1697940 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008846 | | PG 64-22 BINDER | 26.10 SHORTTON | 719.000000 | 18,765.90 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 13.05 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 375.32 | TOTAL USD | 18,778.95 |
|---|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.    All claims must be filed within 10 days from the date of shipment.    Inquiries involving products or discrepancies, phone (205) 391-3517.    Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL  35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT: Snell - Lithonia Terminal**

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | |
|---|---|
| **ROUTING INSTRUCTION**<br>JEFFERSON CO GA | **Loaded At / Shipping Point:** Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |
| **DRIVER**<br>JERRY BLEVINS | **DATE**<br>06/07/2022 | **CUST.NO, SALE NO.**<br>016910-908 |

**DRIVER SIGNATURE X**

**CONTRACT NO.**

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

| | |
|---|---|
| **TRUCK/TRAILER ID**<br>CLN13 | **DATE/TIME IN**<br>6/7/2022 10:26:20AM |
| **CARGO TANK LAST CONTAINED**<br>PG64-22 | |
| **ASPHALT TANK #**<br>1 | **TEMP. (°F)**<br>335 |

**DISPATCHER SIGNATURE X**

**X _____**
**RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION        DATE**

**PRODUCT INFORMATION:**
**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**
**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S, GALLONS |
|---|---|---|---|---|---|
| 11008846 | 7300 | PG 64-22 BINDER | 52200 | 26.10 | 6038 |

| | | TOTALS: | GROSS LB.: 80000 | TARE LB. 27800 |
|---|---|---|---|---|
| SPGR: 1.038 | | | | |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/07/22 | CUSTOMER NO. 016910-916 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/08/22 | INVOICE NO. 1697941 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 0010844 / WARREN CO GA / AU | Trade No. 418048 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008845 | | PG 64-22 BINDER | 25.50 SHORTTON | 700.000000 | 17,850.00 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.75 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 357.00 | TOTAL USD | 17,862.75 |
|---|---|---|---|---|---|

**INTEREST CHARGEABLE AFTER DUE DATE**

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION WARREN CO GA | | Loaded At / Shipping Point: | Snell - Lithonia Terminal 6854 Marbut Road Lithonia, GA 30058 |
|---|---|---|---|
| CARRIER 047000 CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations, Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc. P.O. Box 1809 Thomson, GA 30824 |
| DRIVER JERRY BLEVINS | DATE 06/07/2022 | CUST.NO, SALE NO. 016910-916 | |
| **X** DRIVER SIGNATURE | | CONTRACT NO. | |
| C & H Paving Inc. Project: GDOT 0010844 Job Type: STATE | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein. | |
| Certified to Meet Georgia Dept. of Transportation Specifications | | | |
| TRUCK/TRAILER ID 14 | DATE/TIME IN 6/7/2022 6:43:11AM | **X** DISPATCHER SIGNATURE | |
| CARGO TANK LAST CONTAINED 64-22 | | | |
| ASPHALT TANK # 1 | TEMP. (°F) 335 | **X** RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION | DATE |

**PRODUCT INFORMATION:**
**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**
**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11008845 | 7300 | PG 64-22 BINDER | 51000 | 25.50 | 5899 |

| SPGR: 1.038 | | TOTALS | GROSS LB.: 79700 | TARE LB.: 28700 |
|---|---|---|---|---|



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/08/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/09/22 | INVOICE NO. 1698361 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | | |
|---|---|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008856 | | PG 64-22 BINDER | 25.86 SHORTTON | 719.000000 | 18,593.34 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.93 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 371.87 | TOTAL USD | 18,606.27 |
|---|---|---|---|---|

INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.
No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the receipt of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | |
|---|---|
| **ROUTING INSTRUCTION**<br>JEFFERSON CO GA | **Loaded At / Shipping Point:** Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| DRIVER<br>JERRY BLEVINS | DATE<br>06/08/2022 | CUST.NO, SALE NO.<br>016910-908 |
|---|---|---|

**X** _____
DRIVER SIGNATURE

CONTRACT NO.

C& H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignee is not the shipper as that term is used herein.

| TRUCK/TRAILER ID<br>CLN13 | DATE/TIME IN<br>6/8/2022 11:11:27AM | **X** _____<br>DISPATCHER SIGNATURE |
|---|---|---|

| CARGO TANK LAST CONTAINED<br>PG64-22 | | |
|---|---|---|

| ASPHALT TANK #<br>1 | TEMP. (°F)<br>335 | **X** _____<br>RECEIVED BY CONSIGNEE AT DESTINATION IN GOOD CONDITION        DATE |
|---|---|---|

*(Seal impressions: STATE OF GEORGIA, 12508, CERTIFIED PUBLIC WEIGHER, AGRICULTURE DEPARTMENT)*

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|---|
| 11008856 | 7300 | PG 64-22 BINDER | | 51720 | 25.86 | 5983 |

| SPGR: 1.038 | | | TOTALS | GROSS LB.: 80000 | TARE LB.: 28280 |
|---|---|---|---|---|---|



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:  C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/08/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/09/22 | INVOICE NO. 1698362 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008853 | | PG 64-22 BINDER | 25.21 SHORTTON | 719.000000 | 18,125.99 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.61 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 362.52 | TOTAL USD | 18,138.60 |
|---|---|---|---|---|---|

## INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.  All claims must be filed within 10 days from the date of shipment.  Inquiries involving products or discrepancies, phone (205) 391-3517.  Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\* \* \* **EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC)** \* \* \*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a
common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said
carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said
destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said
route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the
Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier
classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by
shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste:
This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable
regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | |
|---|---|
| **ROUTING INSTRUCTION**<br>JEFFERSON CO GA | **Loaded At / Shipping Point:** Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein, . | **Consignee/Buyer:** C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| | | |
|---|---|---|
| **DRIVER**<br>JERRY BLEVINS | **DATE**<br>06/08/2022 | **CUST,NO, SALE NO,**<br>016910-908 |

X _____
**DRIVER SIGNATURE**

STATE OF GEORGIA
PERMIT NO
271995
AGRICULTURE DEPARTMENT
CERTIFIED PUBLIC WEIGHER

**CONTRACT NO,**

**C & H Paving Inc.**
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful
charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor.
Consignee and/or its shipping agent is/are solely responsible for transportation arrangements,
including payment of all transportation costs, Consignor is not the shipper as that term is used
herein.

| **TRUCK/TRAILER ID**<br>CLN14 | **DATE/TIME IN**<br>6/8/2022 7:55:26AM |
|---|---|

X _____
**DISPATCHER SIGNATURE**

| **CARGO TANK LAST CONTAINED**<br>64-22 | |
|---|---|

| **ASPHALT TANK #**<br>1 | **TEMP, (°F)**<br>335 |
|---|---|

X _____
RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE

**PRODUCT INFORMATION:**
- - - **D.O.T. HAZARDOUS MATERIALS DESCRIPTION** - - -
UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | | NET POUNDS | SHORT TONS | NET U,S, GALLONS |
|---|---|---|---|---|---|---|
| 11008853 | 7300 | PG 64-22 BINDER | | 50420 | 25.21 | 5832 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPGR: 1.038 | | | **TOTALS** | **GROSS LB.:** 79120 | **TARE LB.:** 28700 | |



**HUNT REFINING COMPANY**
P.O. Box 650823
Dallas, TX 75265-0823
Dept. 42497

SOLD TO:   C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/09/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/10/22 | INVOICE NO. 1698737 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008871 | | PG 64-22 BINDER | 26.25 SHORTTON | 719.000000 | 18,873.75 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 13.13 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 377.48 | TOTAL USD | 18,886.88 |
|---|---|---|---|---|

## INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.   All claims must be filed within 10 days from the date of shipment.   Inquiries involving products or discrepancies, phone (205) 391-3517.   Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL  35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
Please Return Copy of Invoice with Remittance.



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier, therefore, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions. and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION<br>JEFFERSON CO GA | | | Loaded At / Shipping Point: | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| --- | --- | --- | --- | --- |
| CARRIER<br>047000 CLN TRUCKING | | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | | Consignee/Buyer: | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |
| DRIVER<br>JERRY BLEVINS | | DATE<br>06/09/2022 | CUST,NO, SALE NO,<br>016910-908 | |
| **X**<br>DRIVER SIGNATURE | | | CONTRACT NO, | |
| C & H Paving Inc.<br>Project: GDOT 222150<br>Job Type: STATE<br>Certified to Meet Georgia Dept. of Transportation Specifications | | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein. | |
| TRUCK/TRAILER ID<br>CLN14 | DATE/TIME IN<br>6/9/2022  1:50:40PM | | **X**<br>DISPATCHER SIGNATURE | |
| CARGO TANK LAST CONTAINED<br>PG64-22 | | | | |
| ASPHALT TANK #<br>1 | TEMP, (°F)<br>335 | | **X**<br>RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION | DATE |

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO, | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U,S, GALLONS |
| --- | --- | --- | --- | --- | --- |
| 11008871 | 7300 | PG 64-22 BINDER | 52500 | 26.25 | 6073 |

| SPGR: 1.038 | | | TOTALS: | GROSS LB.: 80000 | TARE LB.: 27500 |
| --- | --- | --- | --- | --- | --- |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:  C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/09/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/10/22 | INVOICE NO. 1698738 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008867 | | PG 64-22 BINDER | 25.95 SHORTTON | 719.000000 | 18,658.05 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.98 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 373.16 | TOTAL USD | 18,671.03 |
|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.    All claims must be filed within 10 days from the date of shipment.    Inquiries involving products or discrepancies, phone (205) 391-3517.    Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to :
HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL  35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier, Received, subject to the classification and tariffs in effect on the date of the reciept of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

---

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION<br>JEFFERSON CO GA | | Loaded At / Shipping Point: | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
|---|---|---|---|
| CARRIER<br>047000 CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |
| DRIVER<br>JERRY BLEVINS | DATE<br>06/09/2022 | CUST.NO, SALE NO,<br>016910-908 | |
| **X**<br>DRIVER SIGNATURE | | CONTRACT NO. | |
| C & H Paving Inc.<br>Project: GDOT 222150<br>Job Type: STATE<br>Certified to Meet Georgia Dept. of Transportation Specifications | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor, Consignor and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs, Consignor is not the shipper as that term is used herein. | |
| TRUCK/TRAILER ID<br>CLN13 | DATE/TIME IN<br>6/9/2022 10:02:35AM | **X**<br>DISPATCHER SIGNATURE | 12508 |
| CARGO TANK LAST CONTAINED<br>PG64-22 | | | |
| ASPHALT TANK #<br>1 | TEMP, (°F)<br>335 | **X**<br>RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION | DATE |

**PRODUCT INFORMATION:**

**- - - D.O.T, HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | | NET POUNDS | SHORT TONS | NET U,S, GALLONS |
|---|---|---|---|---|---|---|
| 11008867 | 7300 | PG 64-22 BINDER | | 51900 | 25.95 | 6003 |

| SPGR: 1.038 | | | TOTALS | GROSS LB.: | 80000 | TARE LB.: | 28100 |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:  C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/09/22 | CUSTOMER NO. 016910-916 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/10/22 | INVOICE NO. 1698739 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 0010844 / WARREN CO GA / AU | Trade No. 418048 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | |
|---|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008865 | | PG 64-22 BINDER | 25.29 SHORTTON | 700.000000 | 17,703.00 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.65 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 354.06 | **TOTAL USD** | 17,715.65 |
|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell – Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a
common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said
carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said
destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said
route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the
Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier
classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by
shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste:
This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable
regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | | |
|---|---|---|
| **ROUTING INSTRUCTION**<br>WARREN CO GA | **Loaded At / Shipping Point:** | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000  CLN TRUCKING | **Consignor/Seller:** | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the<br>transportation of the herein-named materials, that the cargo tank is properly loaded, marked,<br>labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations,<br>Carrier also certifies that the conveyance contained no water immediately prior to loading and that<br>the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| **DRIVER**<br>JERRY BLEVINS | **DATE**<br>06/09/2022 | **CUST.NO, SALE NO.**<br>016910-916 |
|---|---|---|
| **X**<br>DRIVER SIGNATURE | | **CONTRACT NO.** |
| **S**<br>**I**<br>**P** C & H Paving Inc.<br>Project: GDOT 0010844<br>**T**<br>**O** Job Type: STATE | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful<br>charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor.<br>Consignee and/or its shipping agent is/are solely responsible for transportation arrangements,<br>including payment of all transportation costs, Consignor is not the shipper as that term is used<br>herein. |
| Certified to Meet Georgia Dept. of Transportation Specifications | | |
| **TRUCK/TRAILER ID**<br>14 | **DATE/TIME IN**<br>6/9/2022  6:35:39AM | X [signature]<br>DISPATCHER SIGNATURE |
| **CARGO TANK LAST CONTAINED**<br>64-22 | | |
| **ASPHALT TANK #**<br>1 | **TEMP, (°F)**<br>335 | X<br>RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE |

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s, (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11008865 | 7300 | PG 64-22 BINDER | 50580 | 25.29 | 5851 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPGR:  1.038 | | | **TOTALS** | **GROSS LB.:**  79280 | **TARE LB.:**  28700 | |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/14/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/15/22 | INVOICE NO. 1700309 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | |
|---|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008906 | | PG 64-22 BINDER | 26.10 SHORTTON | 719.000000 | 18,765.90 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 13.05 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | | |
|---|---|---|---|---|
| | | DISCOUNT 375.32 | **TOTAL USD** | 18,778.95 |

**INTEREST CHARGEABLE AFTER DUE DATE**

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier, Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed. as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions. and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | |
|---|---|
| ROUTING INSTRUCTION<br>JEFFERSON CO GA | Loaded At / Shipping Point: Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| CARRIER<br>047000 CLN TRUCKING | Consignor/Seller: Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations, Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | Consignee/Buyer: C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |
| DRIVER JERRY BLEVINS | DATE 06/14/2022 | CUST.NO, SALE NO. 016910-908 |
| X _____ DRIVER SIGNATURE | | CONTRACT NO, |
| C & H Paving Inc.<br>Project: GDOT 222150<br>Job Type: STATE | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs, Consignor or the shipper as that term is used herein. |
| Certified to Meet Georgia Dept. of Transportation Specifications | | |
| TRUCK/TRAILER ID CLN13 | DATE/TIME IN 6/14/2022 10:54:38AM | X _____ DISPATCHER SIGNATURE    12508 |
| CARGO TANK LAST CONTAINED PG64-22 | | |
| ASPHALT TANK # 1 | TEMP, (°F) 335 | X _____ RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION    DATE |

**PRODUCT INFORMATION:**
**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**
**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S, GALLONS |
|---|---|---|---|---|---|
| 11008906 | 7300 | PG 64-22 BINDER | 52200 | 26.10 | 6038 |
| SPGR: 1.038 | | | TOTALS: GROSS LB.: 80000 | TARE LB.: | 27800 |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:    C & H PAVING, INC.
              P. O. BOX 1809
              THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/14/22 | CUSTOMER NO. 016910-916 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/15/22 | INVOICE NO. 1700310 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 0010844 / WARREN CO GA / AU | Trade No. 418048 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008898 | | PG 64-22 BINDER | 26.10 SHORTTON | 700.000000 | 18,270.00 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 13.05 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 365.40 | **TOTAL USD** | 18,283.05 |
|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell – Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste. This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | |
|---|---|
| **ROUTING INSTRUCTION**<br>WARREN CO GA | **Loaded At / Shipping Point:** Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| DRIVER | DATE | CUST.NO, SALE NO, |
|---|---|---|
| JERRY BLEVINS | 06/14/2022 | 016910-916 |

**X** _____
DRIVER SIGNATURE

C & H Paving Inc.
Project: GDOT 0010844
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

**CONTRACT NO.**

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

**X** _____
DISPATCHER SIGNATURE

| TRUCK/TRAILER ID | DATE/TIME IN |
|---|---|
| 14 | 6/14/2022  6:38:04AM |

| CARGO TANK LAST CONTAINED |
|---|
| 64-22 |

| ASPHALT TANK # | TEMP. (°F) |
|---|---|
| 1 | 335 |

**X** _____
RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|---|
| 11008898 | 7300 | PG 64-22 BINDER | | 52200 | 26.10 | 6038 |

| | | | | | |
|---|---|---|---|---|---|
| SPGR:  1.038 | | | TOTALS: | GROSS LB.:  79500 | TARE LB.:  27300 |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:    C & H PAVING, INC.
           P. O. BOX 1809
           THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/15/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/16/22 | INVOICE NO. 1700774 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008908 | | PG 64-22 BINDER | 24.00 SHORTTON | 719.000000 | 17,256.00 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.00 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 345.12 | TOTAL USD | 17,268.00 |
|---|---|---|---|---|

INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those of (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions. and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert. Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION | | Loaded At / Shipping Point: | Snell - Lithonia Terminal |
|---|---|---|---|
| JEFFERSON CO GA | | | 6854 Marbut Road |
| | | | Lithonia, GA 30058 |
| **CARRIER** | | Consignor/Seller: | Hunt Refining Company |
| 047000 CLN TRUCKING | | | |

Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein.

Consignee/Buyer: C & H Paving Inc.
P. O. Box 1809
Thomson, GA 30824

| DRIVER | DATE | CUST,NO, SALE NO, |
|---|---|---|
| JERRY BLEVINS | 06/15/2022 | 016910-908 |

X
**DRIVER SIGNATURE**

CONTRACT NO.

s
h
i
p
p
i
n

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs, Consignor is not the shipper as that term is used herein.

| TRUCK/TRAILER ID | DATE/TIME IN | |
|---|---|---|
| CLN14 | 6/15/2022 12:48:28PM | |

X
**DISPATCHER SIGNATURE**

CARGO TANK LAST CONTAINED
64-22

| ASPHALT TANK # | TEMP. (°F) |
|---|---|
| 1 | 335 |

X
RECEIVED BY CONSIGNEE AT DESTINATION, IN
DATE

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|---|
| 11008908 | 7300 | PG 64-22 BINDER | | 48000 | 24.00 | 5552 |

| SPGR: 1.038 | | | TOTALS | GROSS LB.: 76000 | TARE LB.: | 28000 |



**HUNT REFINING COMPANY**
P.O. Box 650823
Dallas, TX 75265-0823
Dept. 42497

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/15/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/16/22 | INVOICE NO. 1700775 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008907 | | PG 64-22 BINDER | 26.10 SHORTTON | 719.000000 | 18,765.90 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 13.05 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 375.32 | TOTAL USD | 18,778.95 |
|---|---|---|---|---|---|

## INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | |
|---|---|
| ROUTING INSTRUCTION<br>JEFFERSON CO GA | Loaded At / Shipping Point:    Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| CARRIER<br>047000 CLN TRUCKING | Consignor/Seller:    Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | Consignee/Buyer:    C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| DRIVER<br>JERRY BLEVINS | DATE<br>06/15/2022 | CUST,NO, SALE NO,<br>016910-908 |
|---|---|---|

**X** _____
DRIVER SIGNATURE

CONTRACT NO,

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs, Consignee if not the shipper as that term is used herein.

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

| TRUCK/TRAILER ID<br>CLN13 | DATE/TIME IN<br>6/15/2022  8:19:41AM |
|---|---|

**X** _____
DISPATCHER SIGNATURE

| CARGO TANK LAST CONTAINED<br>PG64-22 | |
|---|---|

| ASPHALT TANK #<br>1 | TEMP, (°F)<br>335 |
|---|---|

**X** _____
RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION      DATE

**PRODUCT INFORMATION:**

**- - - D.O,T, HAZARDOUS MATERIALS DESCRIPTION - - -**
**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U,S, GALLONS |
|---|---|---|---|---|---|
| 11008907 | 7300 | PG 64-22 BINDER | 52200 | 26.10 | 6038 |

| SPGR: 1.038 | | | TOTALS | GROSS LB.: 80000 | TARE LB.: 27800 |
|---|---|---|---|---|---|



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:  C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 06/16/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 06/17/22 | INVOICE NO. 1701260 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008911 | | PG 64-22 BINDER | 25.74 SHORTTON | 719.000000 | 18,507.06 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.87 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 7/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 370.14 | TOTAL USD | 18,519.93 |
|---|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.   All claims must be filed within 10 days from the date of shipment.   Inquiries involving products or discrepancies, phone (205) 391-3517.   Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL  35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION JEFFERSON CO GA | | Loaded At / Shipping Point: | Snell - Lithonia Terminal 6854 Marbut Road Lithonia, GA 30058 |
| CARRIER 047000 CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc. P. O. Box 1809 Thomson, GA 30824 |
| DRIVER JERRY BLEVINS | DATE 06/16/2022 | CUST.NO, SALE NO, 016910-908 | |
| X DRIVER SIGNATURE | | CONTRACT NO, | |
| C & H Paving Inc. Project: GDOT 222150 Job Type: STATE | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs, Consignor is not the shipper as that term is used herein. | |
| Certified to Meet Georgia Dept. of Transportation Specifications | | | |
| TRUCK/TRAILER ID CLN13 | DATE/TIME IN 6/16/2022  8:29:05AM | X DISPATCHER SIGNATURE | |
| CARGO TANK LAST CONTAINED PG64-22 | | | |
| ASPHALT TANK # 1 | TEMP. (°F) 335 | X RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION | DATE |

**PRODUCT INFORMATION:**
**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**
**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO, | PROD CODE | PRODUCT DESCRIPTION | | NET POUNDS | SHORT TONS | NET U.S, GALLONS |
|---|---|---|---|---|---|---|
| 11008911 | 7300 | PG 64-22 BINDER | | 51480 | 25.74 | 5955 |

| SPGR: 1.038 | | | TOTALS: | GROSS LB.: 80000 | TARE LB.: 28520 |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

Reversal of fintransact 2427505

| SHIP DATE 07/06/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 07/07/22 | INVOICE NO. 1708246A |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | | |
|---|---|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11008978 | | PG 64-22 BINDER | -25.00 SHORTTON | 750.000000 | -18,750.00 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 8/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT -375.00 | TOTAL USD | -18,750.00 |
|---|---|---|---|---|

**CREDIT**

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

### STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION JEFFERSON CO GA | | | Loaded At / Shipping Point: | Snell - Lithonia Terminal 6854 Marbut Road Lithonia, GA 30058 |
|---|---|---|---|---|
| CARRIER 047000 CLN TRUCKING | | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations, Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | | Consignee/Buyer: | C & H Paving Inc. P. O. Box 1809 Thomson, GA 30824 |
| DRIVER JERRY BLEVINS | | DATE 07/06/2022 | CUST.NO, SALE NO. 016910-908 | |
| X DRIVER SIGNATURE | | | CONTRACT NO. | |
| s i i p i o C & H Paving Inc. Project: GDOT 222150 Job Type: STATE | | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein. | |
| Certified to Meet Georgia Dept. of Transportation Specifications | | | | |
| TRUCK/TRAILER ID CLN13 | DATE/TIME IN 7/6/2022 11:03:44AM | | X DISPATCHER SIGNATURE | |
| CARGO TANK LAST CONTAINED PG64-22 | | | | |
| ASPHALT TANK # 1 | TEMP. (°F) 335 | | X RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION | DATE |

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11008978 | 7300 | PG 64-22 BINDER | 50000 | 25.00 | 5784 |

SPGR  1.038

TOTALS  GROSS LB.:  79000  TARE LB.:  29000



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:   C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 07/13/22 | | CUSTOMER NO. 016910-916 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 07/14/22 | INVOICE NO. 1711397 |
|---|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 0010844 / WARREN CO GA / AU | | | Trade No. 418048 | | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | | |
|---|---|---|---|---|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009004 | | PG 64-22 BINDER | 25.75 SHORTTON | 730.000000 | 18,797.50 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.88 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 8/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | | |
|---|---|---|---|---|
| | | DISCOUNT 375.95 | **TOTAL USD** | 18,810.38 |

INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.   All claims must be filed within 10 days from the date of shipment.   Inquiries involving products or discrepancies, phone (205) 391-3517.   Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL  35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\* \* \* **EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC)** \* \* \*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions. and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION<br>WARREN CO GA | | Loaded At / Shipping Point: | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
|---|---|---|---|
| CARRIER<br>047000  CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc.<br>P. O. Box 1805<br>Thomson, GA 30824 |
| DRIVER<br>JERRY BLEVINS | DATE<br>07/13/2022 | CUST. NO, SALE NO,<br>016910-916 | |
| X<br>DRIVER SIGNATURE | | CONTRACT NO, | |
| C & H Paving Inc.<br>Project: GDOT 0010844<br>Job Type: STATE | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein. | |
| Certified to Meet Georgia Dept. of Transportation Specifications | | | |
| TRUCK/TRAILER ID<br>14 | DATE/TIME IN<br>7/13/2022  5:38:44AM | X<br>DISPATCHER SIGNATURE | |
| CARGO TANK LAST CONTAINED<br>64-22 | | | |
| ASPHALT TANK #<br>1 | TEMP. (°F)<br>335 | X<br>RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION | DATE |

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S, GALLONS |
|---|---|---|---|---|---|
| 11009004 | 7300 | PG 64-22 BINDER | 51500 | 25.75 | 5957 |

SPGR: 1.038

TOTALS:    GROSS LB.:   79500    TARE LB.:   28000



**HUNT REFINING COMPANY**
P.O. Box 650823
Dallas, TX 75265-0823
Dept. 42497

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 07/14/22 | | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 07/15/22 | INVOICE NO. 1711824 |
|---|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009007 | | PG 64-22 BINDER | 25.80 SHORTTON | 750.000000 | 19,350.00 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.90 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 8/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 387.00 | TOTAL USD | 19,362.90 |
|---|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the receipt of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION | | Loaded At / Shipping Point: | Snell - Lithonia Terminal |
|---|---|---|---|
| JEFFERSON CO GA | | | 6854 Marbut Road |
| | | | Lithonia, GA 30058 |
| CARRIER | | Consignor/Seller: | Hunt Refining Company |
| 047000 CLN TRUCKING | | | |

Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein.

| | | | |
|---|---|---|---|
| Consignee/Buyer: | C & H Paving Inc. | | |
| | P. O. Box 1809 | | |
| | Thomson, GA 30824 | | |

| DRIVER | DATE | CUST.NO. SALE NO. |
|---|---|---|
| JERRY BLEVINS | 07/14/2022 | 016910-908 |

X _____
DRIVER SIGNATURE

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

CONTRACT NO.

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made by freight reduced and the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

X _____
DISPATCHER SIGNATURE

| TRUCK/TRAILER ID | DATE/TIME IN |
|---|---|
| cnl13 | 7/14/2022  7:41:08AM |

| CARGO TANK LAST CONTAINED | |
|---|---|
| PG64-22 | |

| ASPHALT TANK # | TEMP. (°F) |
|---|---|
| 1 | 335 |

X _____
RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION        DATE

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009007 | 7300 | PG 64-22 BINDER | 51600 | 25.80 | 5969 |

| | | | | | |
|---|---|---|---|---|---|
| SPGR:  1.038 | | | TOTALS   GROSS LB.:  79800 | TARE LB.: | 28200 |



**HUNT REFINING COMPANY**
P.O. Box 650823
Dallas, TX 75265-0823
Dept. 42497

SOLD TO:   C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE<br>07/18/22 | CUSTOMER NO.<br>016910-908 | ORIGIN LOC.<br>LITHONIA GA<br>TERMINAL | F.O.B. POINT<br>FOB-ORIG | DESTINATION LOC.<br>DEKALB CO GA | INVOICE DATE<br>07/19/22 | INVOICE NO.<br>1713155 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO.<br>GDOT 222150/ JEFFERSON CO GA | Trade No.<br>416102 | TERMS DESCRIPTION<br>2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L.<br>NUMBER | MANIFEST<br>NUMBER | PURCHASE<br>ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009022 | | PG 64-22 BINDER | 26.04 SHORTTON | 750.000000 | 19,530.00 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 13.02 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 8/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER<br>CLN TRUCKING | NOTE:<br>Allowable cash discount<br>shown based on cost of<br>material only - taxes and<br>freight excluded | | DISCOUNT<br>390.60 | **TOTAL**<br>**USD** | 19,543.02 |
|---|---|---|---|---|---|

INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.   All claims must be filed within 10 days from the date of shipment.   Inquiries involving products or discrepancies, phone (205) 391-3517.   Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL  35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

*** EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) ***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE

If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the receipt of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions; and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

**ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR**

| ROUTING INSTRUCTION JEFFERSON CO GA | | Loaded At / Shipping Point: | Snell - Lithonia Terminal 6854 Marbut Road Lithonia, GA 30058 |
|---|---|---|---|
| CARRIER 047000 CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc. P. O. Box 1809 Thomson, GA 30824 |
| DRIVER JERRY BLEVINS | DATE 07/18/2022 | CUST.NO, SALE NO, 016910-908 | |
| X _____ DRIVER SIGNATURE | | CONTRACT NO, | |
| S H I P T O C & H Paving Inc. Project: GDOT 222150 Job Type: STATE | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein. | |
| Certified to Meet Georgia Dept. of Transportation Specifications | | | |
| TRUCK/TRAILER ID CLN14 | DATE/TIME IN 7/18/2022 12:12:52PM | X _____ DISPATCHER SIGNATURE | |
| CARGO TANK LAST CONTAINED PG64-22 | | | |
| ASPHALT TANK # 1 | TEMP, (°F) 335 | X _____ RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION | DATE |

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | | NET POUNDS | SHORT TONS | NET U.S, GALLONS |
|---|---|---|---|---|---|---|
| 11009022 | 7300 | PG 64-22 BINDER | | 52080 | 26.04 | 6024 |

| SPGR: 1.038 | | | TOTALS: | GROSS LB.: 80000 | TARE LB.: 27920 |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 07/18/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL. | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 07/19/22 | INVOICE NO. 1713156 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | |
|---|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009019 | | PG 64-22 BINDER | 25.94 SHORTTON | 750.000000 | 19,455.00 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.97 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 8/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 389.10 | TOTAL USD | 19,467.97 |
|---|---|---|---|---|

INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT: Snell - Lithonia Terminal**

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | |
|---|---|
| ROUTING INSTRUCTION<br>JEFFERSON CO GA | Loaded At / Shipping Point: Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| CARRIER<br>047000 CLN TRUCKING | Consignor/Seller: Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | Consignee/Buyer: C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| DRIVER<br>JERRY BLEVINS | DATE<br>07/18/2022 | CUST.NO. SALE NO.<br>016910-908 |
|---|---|---|

| X<br>DRIVER SIGNATURE | CONTRACT NO. |
|---|---|

| S<br>I<br>P<br>I<br>O<br>C & H Paving Inc.<br>Project: GDOT 222150<br>Job Type: STATE | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein. |
|---|---|
| Certified to Meet Georgia Dept. of Transportation Specifications | |

| TRUCK/TRAILER ID<br>CLN14 | DATE/TIME IN<br>7/18/2022  8:33:37AM | X<br>DISPATCHER SIGNATURE |
|---|---|---|

| CARGO TANK LAST CONTAINED<br>PG64-22 | |
|---|---|
| ASPHALT TANK #<br>1 | TEMP. (°F)<br>335 |

X
RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION                    DATE

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009019 | 7300 | PG 64-22 BINDER | 51880 | 25.94 | 6001 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPGR: 1.038 | | | TOTALS: | GROSS LB.: 79420 | TARE LB.: 27540 | |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 07/19/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 07/20/22 | INVOICE NO. 1713665 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | | |
|---|---|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009030 | | PG 64-22 BINDER | 26.23 SHORTTON | 750.000000 | 19,672.50 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 13.12 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 8/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 393.45 | **TOTAL USD** | 19,685.62 |
|---|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

*** EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) ***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE

If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION | | Loaded At / Shipping Point: | Snell - Lithonia Terminal |
| --- | --- | --- | --- |
| JEFFERSON CO GA | | | 6854 Marbut Road |
| | | | Lithonia, GA 30058 |
| CARRIER | | Consignor/Seller: | Hunt Refining Company |
| 047000  CLN TRUCKING | | | |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc. |
| | | | P. O. Box 1809 |
| | | | Thomson, GA 30824 |
| DRIVER | DATE | CUST.NO.  SALE NO. | |
| JERRY BLEVINS | 07/19/2022 | 016910-908 | |
| X _____ DRIVER SIGNATURE | | CONTRACT NO, | |
| C & H Paving Inc. Project: GDOT 222150 Job Type: STATE | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs, Consignee is not the shipper as that term is used herein. | |
| Certified to Meet Georgia Dept. of Transportation Specifications | | | |
| TRUCK/TRAILER ID | DATE/TIME IN | X _____ DISPATCHER SIGNATURE | |
| CLN13 | 7/19/2022  12:37:08PM | | |
| CARGO TANK LAST CONTAINED | | | |
| PG64-22 | | | |
| ASPHALT TANK # | TEMP. (°F) | X _____ RECEIVED BY CONSIGNEE AT DESTINATION IN GOOD CONDITION  DATE | |
| 1 | 335 | | |

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
| --- | --- | --- | --- | --- | --- |
| 11009030 | 7300 | PG 64-22 BINDER | 52460 | 26.23 | 6068 |

| SPGR: 1.036 | | | TOTALS | GROSS LB.: 80000 | TARE LB.: 27540 |
| --- | --- | --- | --- | --- | --- |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:  C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 07/19/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 07/20/22 | INVOICE NO. 1713666 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | |
|---|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009027 | | PG 64-22 BINDER | 25.95 SHORTTON | 750.000000 | 19,462.50 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.98 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 8/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 389.25 | TOTAL USD | 19,475.48 |
|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION JEFFERSON CO GA | | Loaded At / Shipping Point: | Snell - Lithonia Terminal 6854 Marbut Road Lithonia, GA 30058 |
| CARRIER 047000 CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc. P. O. Box 1809 Thomson, GA 30824 |

| DRIVER JERRY BLEVINS | DATE 07/19/2022 | CUST.NO. SALE NO. 016910-908 |
| X _____ DRIVER SIGNATURE | | CONTRACT NO. |

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meat Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

| TRUCK/TRAILER ID cnl13 | DATE/TIME IN 7/19/2022  8:45:55AM |
| CARGO TANK LAST CONTAINED PG64-22 | |
| ASPHALT TANK # 1 | TEMP. (°F) 335 |

X _____ DISPATCHER SIGNATURE

X _____ RECEIVED BY CONSIGNEE AT BEST NATION/DELIVERY CONDITION   DATE

**PRODUCT INFORMATION:**
**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**
UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009027 | 7300 | PG 64-22 BINDER | 51900 | 25.95 | 6003 |

| SPGR: 1.038 | | | TOTALS  GROSS LB.: 79900 | TARE LB.: | 28000 |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:  C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 07/25/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 07/26/22 | INVOICE NO. 1715796 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009060 | | PG 64-22 BINDER | 25.10 SHORTTON | 750.000000 | 18,825.00 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.55 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 8/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 376.50 | TOTAL USD | 18,837.55 |
|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.   All claims must be filed within 10 days from the date of shipment.   Inquiries involving products or discrepancies, phone (205) 391-3517.   Inquiries involving payment or terms, phone (205) 391-3513.   Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL  35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION | | | Loaded At / Shipping Point: | Snell - Lithonia Terminal |
|---|---|---|---|---|
| JEFFERSON CO GA | | | | 6854 Marbut Road |
| CARRIER | | | | Lithonia, GA 30058 |
| 047000  CLN TRUCKING | | | Consignor/Seller: | Hunt Refining Company |

Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein.

| | | |
|---|---|---|
| Consignee/Buyer: | C & H Paving Inc. | |
| | P. O. Box 1809 | |
| | Thomson, GA 30824 | |

| DRIVER | DATE | CUST.NO.  SALE NO. |
|---|---|---|
| JERRY BLEVINS | 07/25/2022 | 016910-908 |

**X**
**DRIVER SIGNATURE**

CONTRACT NO.

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

| TRUCK/TRAILER ID | DATE/TIME IN |
|---|---|
| CLN14 | 7/25/2022  9:04:03AM |

**X**
**DISPATCHER SIGNATURE**

CARGO TANK LAST CONTAINED
PG64-22

| ASPHALT TANK # | TEMP. (°F) |
|---|---|
| 1 | 335 |

**X**
RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE

**PRODUCT INFORMATION:**
**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**
**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|---|
| 11009060 | 7300 | PG 64-22 BINDER | | 50200 | 25.10 | 5807 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPGR:  1.038 | | | TOTALS: | GROSS LB.:  77840 | TARE LB.:  27640 | |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:   C & H PAVING, INC.
           P. O. BOX 1809
           THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 07/26/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 07/27/22 | INVOICE NO. 1716294 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009070 | | PG 64-22 BINDER | 24.99 SHORTTON | 750.000000 | 18,742.50 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.50 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 8/10/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 374.85 | **TOTAL USD** | 18,755.00 |
|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

---

**ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR**

| ROUTING INSTRUCTION<br>JEFFERSON CO GA | | Loaded At / Shipping Point: | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
|---|---|---|---|
| CARRIER<br>047000  CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |
| DRIVER<br>JERRY BLE | DATE<br>07/26/2022 | CUST.NO. SALE NO.<br>016910-908 | |

**X**
DRIVER SIGNATURE

S H I P T O

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

| TRUCK/TRAILER ID<br>CLN13 | DATE/TIME IN<br>7/26/2022  8:38:13AM |
|---|---|
| CARGO TANK LAST CONTAINED<br>PG64-22 | |
| ASPHALT TANK #<br>1 | TEMP. (°F)<br>335 |

CONTRACT NO.

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignor or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

**X**
DISPATCHER SIGNATURE

**X**
RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE

---

**PRODUCT INFORMATION:**
**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**
**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009070 | 7300 | PG 64-22 BINDER | 49980 | 24.99 | 5781 |

| SPGR:  1.038 | | | TOTALS: | GROSS LB.:    79200 | TARE LB.:    29220 |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:    C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 08/05/22 | | CUSTOMER NO. 016910-912 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 08/08/22 | INVOICE NO. 1720319 |
|---|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 0011377 / LINCOLN CO GA | Trade No. 417067 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | | |
|---|---|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009152 | | PG 64-22 BINDER | 24.04 SHORTTON | 745.000000 | 17,909.80 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.02 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 9/12/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 358.20 | TOTAL USD | 17,921.82 |
|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.   All claims must be filed within 10 days from the date of shipment.   Inquiries involving products or discrepancies, phone (205) 391-3517.   Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL  35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal
TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the receipt of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

---

**ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR**

| ROUTING INSTRUCTION<br>LINCOLN CO GA | | | Loaded At / Shipping Point: | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
|---|---|---|---|---|
| CARRIER<br>047000 CLN TRUCKING | | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | | Consignee/Buyer: | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |
| DRIVER<br>JERRY BLEVINS | | DATE<br>08/05/2022 | CUST NO. SALE NO.<br>016910-912 | |
| **X**<br>DRIVER SIGNATURE | | | CONTRACT NO. | |
| s<br>H C & H Paving Inc.<br>i Project: GDOT 0011377<br>P Job Type: STATE<br>r<br>o | | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein. | |
| Certified to Meet Georgia Dept. of Transportation Specifications | | | | |
| TRUCK/TRAILER ID<br>CLN14 | DATE/TIME IN<br>8/5/2022  9:03:23AM | | **X**<br>DISPATCHER SIGNATURE | |
| CARGO TANK LAST CONTAINED<br>PG64-22 | | | | |
| ASPHALT TANK #<br>1 | TEMP. (°F)<br>335 | | **X**<br>RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE | |

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|---|
| 11009152 | 7300 | PG 64-22 BINDER | | 48080 | 24.04 | 5562 |

| SPGR: 1.038 | | | TOTALS: | GROSS LB.: 77000 | TARE LB.: 28920 |
|---|---|---|---|---|---|



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 08/08/22 | | CUSTOMER NO. 016910-912 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | | INVOICE DATE 08/09/22 | INVOICE NO. 1720727 |
|---|---|---|---|---|---|---|---|---|
| PROJECT OR CONTRACT NO. GDOT 0011377 / LINCOLN CO GA | | | Trade No. 417067 | | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | | | |

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009170 | | PG 64-22 BINDER | 25.45 SHORTTON | 745.000000 | 18,960.25 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.73 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 9/12/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | | |
|---|---|---|---|---|
| | | DISCOUNT 379.21 | **TOTAL USD** | 18,972.98 |

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\* \* \* **EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC)** \* \* \*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the receipt of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

**ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR**

| ROUTING INSTRUCTION | | Loaded At / Shipping Point: | Snell - Lithonia Terminal |
| --- | --- | --- | --- |
| LINCOLN CO GA | | | 6854 Marbut Road |
| CARRIER | | | Lithonia, GA 30058 |
| 047060 CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |

Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein.

Consignee/Buyer:  C & H Paving Inc.
P. O. Box 1809
Thomson, GA 30824

| DRIVER | DATE | CUST.NO. SALE NO. |
| --- | --- | --- |
| JERRY BLEVINS | 08/08/2022 | 016910-912 |

**X**
DRIVER SIGNATURE

CONTRACT NO.

S
H
I
P
Ⓒ & H Paving Inc.
Project: GDOT 0011377
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

| TRUCK/TRAILER ID | DATE/TIME IN | **X** |
| --- | --- | --- |
| CLN14 | 8/8/2022  9:30:42AM | DISPATCHER SIGNATURE |

| CARGO TANK LAST CONTAINED | |
| --- | --- |
| PG64-22 | |

| ASPHALT TANK # | TEMP. (°F) |
| --- | --- |
| 1 | 335 |

**X**
RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
| --- | --- | --- | --- | --- | --- |
| 11009170 | 7300 | PG 64-22 BINDER | 50900 | 25.45 | 5888 |

| SPGR: 1.038 | | | TOTALS: | GROSS LB.: 79980 | TARE LB.: 29080 |
| --- | --- | --- | --- | --- | --- |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:   C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 08/08/22 | CUSTOMER NO. 016910-912 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 08/09/22 | INVOICE NO. 1720728 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 0011377 / LINCOLN CO GA | Trade No. 417067 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | | | |
|---|---|---|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009168 | | PG 64-22 BINDER | 25.89 SHORTTON | 745.000000 | 19,288.05 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.95 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 9/12/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 385.76 | **TOTAL USD** | 19,301.00 |
|---|---|---|---|---|---|

INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.   All claims must be filed within 10 days from the date of shipment.   Inquiries involving products or discrepancies, phone (205) 391-3517.   Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL  35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

*** EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) ***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those of (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

---

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | | |
|---|---|---|
| **ROUTING INSTRUCTION**<br>LINCOLN CO GA | **Loaded At / Shipping Point:** | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| DRIVER<br>JERRY BLEVINS | DATE<br>08/08/2022 | CUST.NO. SALE NO.<br>016910-912 |
|---|---|---|

**X** _____
DRIVER SIGNATURE

CONTRACT NO.

| | |
|---|---|
| S<br>H<br>I<br>P<br>T<br>O | C & H Paving Inc.<br>Project: GDOT 0011377<br>Job Type: STATE |

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

Certified to Meet Georgia Dept. of Transportation Specifications

| TRUCK/TRAILER ID<br>14 | DATE/TIME IN<br>8/8/2022  5:59:06AM |
|---|---|

**X** _____
DISPATCHER SIGNATURE

| CARGO TANK LAST CONTAINED<br>64-22 | |
|---|---|

| ASPHALT TANK #<br>1 | TEMP. (°F)<br>335 |
|---|---|

**X** _____
RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009168 | 7300 | PG 64-22 BINDER | 51780 | 25.89 | 5990 |

| SPGR 1.038 | | | TOTALS: | GROSS LB.: 79780 | TARE LB.: 28000 |
|---|---|---|---|---|---|



**HUNT REFINING COMPANY**
P.O. Box 650823
Dallas, TX 75265-0823
Dept. 42497

SOLD TO:  C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 08/09/22 | CUSTOMER NO. 016910-912 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 08/10/22 | INVOICE NO. 1721249 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 0011377 / LINCOLN CO GA | Trade No. 417067 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | | |
|---|---|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009179 | | PG 64-22 BINDER | 26.00 SHORTTON | 745.000000 | 19,370.00 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 13.00 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 9/12/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 387.40 | TOTAL USD | 19,383.00 |
|---|---|---|---|---|

**INTEREST CHARGEABLE AFTER DUE DATE**

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.    All claims must be filed within 10 days from the date of shipment.    Inquiries involving products or discrepancies, phone (205) 391-3517.    Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL  35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**

**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the receipt of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION LINCOLN CO GA | | Loaded At / Shipping Point: | Snell - Lithonia Terminal 6854 Marbut Road Lithonia, GA 30058 |
|---|---|---|---|
| CARRIER 047000 CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc. P. O. Box 1809 Thomson, GA 30824 |
| DRIVER JERRY BLEVINS | DATE 08/09/2022 | CUST.NO. SALE NO. 016910-912 | |
| X DRIVER SIGNATURE | | CONTRACT NO. | |
| S H I P T O C & H Paving Inc. Project: GDOT 0011377 Job Type: STATE Certified to Meet Georgia Dept. of Transportation Specifications | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein. | |
| TRUCK/TRAILER ID CLN13 | DATE/TIME IN 8/9/2022 11:44:41AM | X DISPATCHER SIGNATURE 130366 | |
| CARGO TANK LAST CONTAINED PG64-22 | | | |
| ASPHALT TANK # 1 | TEMP. (°F) 335 | X RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION | DATE |

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**
**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009179 | 7300 | PG 64-22 BINDER | 52000 | 26.00 | 6015 |

| SPGR: 1.038 | | | TOTALS: | GROSS LB.: 80000 | TARE LB.: 28000 |



**HUNT REFINING COMPANY**
P.O. Box 650823
Dallas, TX 75265-0823
Dept. 42497

SOLD TO:    C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 08/09/22 | CUSTOMER NO. 016910-912 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 08/10/22 | INVOICE NO. 1721250 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 0011377 / LINCOLN CO GA | Trade No. 417067 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | | |
|---|---|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009175 | | PG 64-22 BINDER | 24.33 SHORTTON | 745.000000 | 18,125.85 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.17 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 9/12/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 362.52 | TOTAL USD | 18,138.02 |
|---|---|---|---|---|

INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.
No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

**\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

---

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | | |
|---|---|---|
| **ROUTING INSTRUCTION**<br>LINCOLN CO GA | **Loaded At / Shipping Point:** | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| **DRIVER**<br>JERRY BLEVINS | **DATE**<br>08/09/2022 | **CUST.NO. SALE NO.**<br>016910-912 |
|---|---|---|

| X<br>DRIVER SIGNATURE | | **CONTRACT NO.** |
|---|---|---|

| S H I P T O | C & H Paving Inc.<br>Project: GDOT 0011377<br>Job Type: STATE | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein. |
|---|---|---|
| Certified to Meet Georgia Dept. of Transportation Specifications | | |

| **TRUCK/TRAILER ID**<br>CLN14 | **DATE/TIME IN**<br>8/9/2022 7:26:43AM | X<br>DISPATCHER SIGNATURE | 130366 |
|---|---|---|---|

| **CARGO TANK LAST CONTAINED**<br>64-22 | | |
|---|---|---|

| **ASPHALT TANK #**<br>1 | **TEMP. (°F)**<br>335 | X<br>RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE |
|---|---|---|

**PRODUCT INFORMATION:**

**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009175 | 7300 | PG 64-22 BINDER | 48660 | 24.33 | 5629 |

| | | | | | |
|---|---|---|---|---|---|
| SPGR: 1.038 | | | TOTALS: GROSS LB.: 76660 | TARE LB.: | 28000 |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 08/22/22 | | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL. | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 08/23/22 | INVOICE NO. 1725273 |
|---|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|---|

| B.O.L. NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009242 | | PG 64-22 BINDER | 25.79 SHORTTON | 755.000000 | 19,471.45 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.90 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 9/12/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 389.43 | **TOTAL USD** | 19,484.35 |
|---|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal
TITLE AND RISK OF LOSS TO PRODUCT SHALL, TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the reciept of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

## ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION JEFFERSON CO GA | | Loaded At / Shipping Point: | Snell - Lithonia Terminal 6854 Marbut Road Lithonia, GA 30058 |
|---|---|---|---|
| CARRIER 047000 CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc. P. O. Box 1809 Thomson, GA 30824 |

| DRIVER JERRY BLEVINS | DATE 08/22/2022 | CUST.NO, SALE NO. 016910-908 |
|---|---|---|

X
**DRIVER SIGNATURE**

CONTRACT NO.

S
H
I
P
P
T
O

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor, Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

| TRUCK/TRAILER ID CLN14 | DATE/TIME IN 8/22/2022 11:23:41AM |
|---|---|

X
**DISPATCHER SIGNATURE**

| CARGO TANK LAST CONTAINED PG64-22 | |
|---|---|

| ASPHALT TANK # 1 | TEMP. (°F) 335 |
|---|---|

X
RECEIVED BY CONSIGNEE AT DESTINATION IN GOOD CONDITION          DATE

**PRODUCT INFORMATION:**
**- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -**
UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009242 | 7300 | PG 64-22 BINDER | 51580 | 25.79 | 5966 |

| SPGR: 1.038 | | | TOTALS: | GROSS LB.: 79000 | TARE LB.: 27420 |
|---|---|---|---|---|---|



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:   C & H PAVING, INC.
           P. O. BOX 1809
           THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 08/22/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 08/23/22 | INVOICE NO. 1725274 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
|  | 11009239 |  | PG 64-22 BINDER | 25.60 SHORTTON | 755.000000 | 19,328.00 |
|  |  |  | FED ENVIRONMENTAL RECOVERY FEE |  |  | 12.80 |
|  |  |  | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 9/12/2022 |  |  |  |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | DISCOUNT 386.56 | TOTAL USD | 19,340.80 |
|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted.   All claims must be filed within 10 days from the date of shipment.   Inquiries involving products or discrepancies, phone (205) 391-3517.   Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to :   HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL  35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

*** EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) ***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal
TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the receipt of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | | |
|---|---|---|
| **ROUTING INSTRUCTION**<br>JEFFERSON CO GA | **Loaded At / Shipping Point:** | Snell - Lithonia Terminal<br>6854 Marbut Road<br>Lithonia, GA 30058 |
| **CARRIER**<br>047000 CLN TRUCKING | **Consignor/Seller:** | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** | C & H Paving Inc.<br>P. O. Box 1809<br>Thomson, GA 30824 |

| DRIVER | DATE | CUST.NO, SALE NO. |
|---|---|---|
| JERRY BLEVINS | 08/22/2022 | 016910-908 |

**CONTRACT NO.**

X
**DRIVER SIGNATURE**

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

| TRUCK/TRAILER ID | DATE/TIME IN |
|---|---|
| CLN14 | 8/22/2022  7:34:17AM |

X
**DISPATCHER SIGNATURE**

| CARGO TANK LAST CONTAINED |
|---|
| PG64-22 |

| ASPHALT TANK # | TEMP. (°F) |
|---|---|
| 1 | 335 |

X
**RECEIVED BY CONSIGNEE AT DESTINATION IN GOOD CONDITION**        DATE

**PRODUCT INFORMATION:**
- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -
UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009239 | 7300 | PG 64-22 BINDER | 51200 | 25.60 | 5922 |

| SPGR: 1.036 | | | TOTALS: | GROSS LB.: 78700 | TARE LB.: 27500 |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO:   C & H PAVING, INC.
        P. O. BOX 1809
        THOMSON, GA  30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 08/26/22 | CUSTOMER NO. 016910-908 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 08/29/22 | INVOICE NO. 1727009 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 222150/ JEFFERSON CO GA | Trade No. 416102 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | | |
|---|---|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009255 | | PG 64-22 BINDER | 24.01 SHORTTON | 755.000000 | 18,127.55 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.01 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 9/12/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | |
|---|---|---|---|
| | | DISCOUNT 362.55 | **TOTAL USD** 18,139.56 |

INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1655 Fairlawn Road
Tuscaloosa, AL 35401

*** EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) ***

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the receipt of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION | | Loaded At / Shipping Point: | Snell - Lithonia Terminal |
|---|---|---|---|
| JEFFERSON CO GA | | | 6854 Marbut Road |
| | | | Lithonia, GA 30058 |
| CARRIER | | Consignor/Seller: | Hunt Refining Company |
| 047000 CLN TRUCKING | | | |

Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein.

Consignee/Buyer:
C & H Paving Inc.
P. O. Box 1809
Thomson, GA 30824

| DRIVER | DATE |
|---|---|
| JERRY BLEVINS | 08/26/2022 |

CUST.NO. SALE NO.
016910-908

X
DRIVER SIGNATURE

CONTRACT NO.

S
H
I
P
T
O

C & H Paving Inc.
Project: GDOT 222150
Job Type: STATE

Certified to Meet Georgia Dept. of Transportation Specifications

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein.

| TRUCK/TRAILER ID | DATE/TIME IN |
|---|---|
| CLN14 | 8/26/2022  8:57:37AM |

X
DISPATCHER SIGNATURE

| CARGO TANK LAST CONTAINED |
|---|
| PG64-22 |

| ASPHALT TANK # | TEMP. (°F) |
|---|---|
| 1 | 335 |

X
RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION          DATE

**PRODUCT INFORMATION:**

**· · · D.O.T. HAZARDOUS MATERIALS DESCRIPTION · · ·**

UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009255 | 7300 | PG 64-22 BINDER | 48020 | 24.01 | 5555 |

| SPGR: 1.038 | | | TOTALS: | GROSS LB.: 76420 | TARE LB.: 28400 |



**HUNT REFINING COMPANY**
P.O. Box 650823
Dallas, TX 75265-0823
Dept. 42497

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 08/31/22 | CUSTOMER NO. 016910-912 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 09/01/22 | INVOICE NO. 1728212 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 0011377 / LINCOLN CO GA | Trade No. 417067 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM |
|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009287 | | PG 64-22 BINDER | 24.44 SHORTTON | 745.000000 | 18,207.80 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 12.22 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 10/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 364.16 | **TOTAL USD** | 18,220.02 |
|---|---|---|---|---|---|

INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
Please Return Copy of Invoice with Remittance.



**REFINING COMPANY**

1855 Fairlawn Road
Tuscaloosa, AL 35401

\* \* \* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \* \* \*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common
carrier. Received, subject to the classification and tariffs in effect on the date of the receipt of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier
(the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if
on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination,
and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill
of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier
shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This
is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the
Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

---

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| ROUTING INSTRUCTION LINCOLN CO GA | | Loaded At / Shipping Point: | Snell - Lithonia Terminal 6854 Marbut Road Lithonia, GA 30058 |
|---|---|---|---|
| CARRIER 047000 CLN TRUCKING | | Consignor/Seller: | Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | | Consignee/Buyer: | C & H Paving Inc. P. O. Box 1809 Thomson, GA 30824 |
| DRIVER JERRY BLEVINS | DATE 08/31/2022 | CUST.NO. SALE NO. 016910-912 | |
| X DRIVER SIGNATURE | | CONTRACT NO. | |
| s h i p t o C & H Paving Inc. Project: GDOT 0011377 Job Type: STATE Certified to Meet Georgia Dept. of Transportation Specifications | | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is/or the shipper as that term is used herein. | |
| TRUCK/TRAILER ID CLN14 | DATE/TIME IN 8/31/2022 12:30:43PM | X DISPATCHER SIGNATURE | |
| CARGO TANK LAST CONTAINED PG64-22 | | | |
| ASPHALT TANK # 1 | TEMP. (°F) 335 | X RECEIVED BY CONSIGNEE AT DESTINATION, IN GOOD CONDITION | DATE |

PRODUCT INFORMATION:

\- - - D.O.T. HAZARDOUS MATERIALS DESCRIPTION - - -

UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009287 | 7300 | PG 64-22 BINDER | 48880 | 24.44 | 5654 |

| SPGR: 1.038 | | | TOTALS: | GROSS LB.: 77280 | TARE LB.: 28400 |



**HUNT REFINING COMPANY**
**P.O. Box 650823**
**Dallas, TX 75265-0823**
**Dept. 42497**

SOLD TO: C & H PAVING, INC.
P. O. BOX 1809
THOMSON, GA 30824

SHIPPED TO:
(Same as
"SOLD TO"
unless otherwise
indicated)

| SHIP DATE 08/31/22 | CUSTOMER NO. 016910-912 | ORIGIN LOC. LITHONIA GA TERMINAL | F.O.B. POINT FOB-ORIG | DESTINATION LOC. DEKALB CO GA | INVOICE DATE 09/01/22 | INVOICE NO. 1728213 |
|---|---|---|---|---|---|---|

| PROJECT OR CONTRACT NO. GDOT 0011377 / LINCOLN CO GA | Trade No. 417067 | TERMS DESCRIPTION 2% 10, 25 INVOICE EOM | |
|---|---|---|---|

| B.O.L NUMBER | MANIFEST NUMBER | PURCHASE ORDER NO. | ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11009281 | | PG 64-22 BINDER | 26.11 SHORTTON | 745.000000 | 19,451.95 |
| | | | FED ENVIRONMENTAL RECOVERY FEE | | | 13.06 |
| | | | FOR DISCOUNT TO BE ALLOWED PAYMENT ON THIS INVOICE IS DUE 10/11/2022 | | | |

| METHOD OF TRANSPORT/CARRIER CLN TRUCKING | NOTE: Allowable cash discount shown based on cost of material only - taxes and freight excluded | | DISCOUNT 389.04 | **TOTAL USD** | 19,465.01 |
|---|---|---|---|---|---|

### INTEREST CHARGEABLE AFTER DUE DATE

This account is subject to a late charge of 1.5% per month (18% per annum) on all past due invoices and customer is responsible for the payment of all collection fees (including attorney fees) and related costs.

No claim or return of any product will be allowed unless prior to unloading HUNT REFINING COMPANY, Tuscaloosa, AL is properly notified and approval granted. All claims must be filed within 10 days from the date of shipment. Inquiries involving products or discrepancies, phone (205) 391-3517. Inquiries involving payment or terms, phone (205) 391-3513. Direct all written correspondence to : HUNT REFINING COMPANY, P.O. Box 038995, Tuscaloosa, AL 35403-8995.

**Payable to: HUNT REFINING COMPANY, P.O. Box 650823, Dallas, TX 75265-0823 Dept. 42497**
**Please Return Copy of Invoice with Remittance.**



**REFINING COMPANY**
1855 Fairlawn Road
Tuscaloosa, AL 35401

\*\*\* EMERGENCY CONTACT: 1-800-424-9300 (CHEMTREC) \*\*\*

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

**SHIPPING POINT:** Snell - Lithonia Terminal

TITLE AND RISK OF LOSS TO PRODUCT SHALL TRANSFER FROM CONSIGNOR TO CONSIGNEE WHEN PRODUCT EXITS THE DELIVERY LINE
If this shipment moves in other than shipper's vehicle the terms will be those (a) of the contract between shipper and carrier or (b) the terms of the lawfully applicable tariffs if the carrier is a common carrier. Received, subject to the classification and tariffs in effect on the date of the receipt of the carrier of the property as described in the applicable contract or tariff.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this bill as meaning any person or corporation in possession of the property under the bill) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all said terms and conditions, and the said terms and conditions are hereby agreed to by shipper and accepted for himself and his assigns.

The following certification is made except with respect to material that is offered for transportation by motor vehicle, is transported in a cargo tank supplied by the carrier and is not hazardous waste: This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Certified by: Tom Gilbert, Safety Manager

### ALL SHIPMENTS ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE SPECIFIED IN A WRITING SIGNED BY CONSIGNOR

| | |
|---|---|
| **ROUTING INSTRUCTION** LINCOLN CO GA | **Loaded At / Shipping Point:** Snell - Lithonia Terminal 6854 Marbut Road Lithonia, GA 30058 |
| **CARRIER** 047000 CLN TRUCKING | **Consignor/Seller:** Hunt Refining Company |
| Carrier certifies that the cargo tank supplied for this shipment is a proper container for the transportation of the herein-named materials, that the cargo tank is properly loaded, marked, labeled and placarded, and that carrier is in compliance with the Hazardous Materials Regulations. Carrier also certifies that the conveyance contained no water immediately prior to loading and that the material last contained therein is compatible with the materials described herein. | **Consignee/Buyer:** C & H Paving Inc. P. O. Box 1809 Thomson, GA 30824 |

| DRIVER JERRY BLEVINS | DATE 08/31/2022 | CUST.NO. SALE NO. 016910-912 |
|---|---|---|

| X DRIVER SIGNATURE | | CONTRACT NO. |
|---|---|---|

| S H P T O C & H Paving Inc. Project: GDOT 0011377 Job Type: STATE | Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Delivery of the subject goods to Consignee is made without recourse on the Consignor. Consignee and/or its shipping agent is/are solely responsible for transportation arrangements, including payment of all transportation costs. Consignor is not the shipper as that term is used herein. |
|---|---|

Certified to Meet Georgia Dept. of Transportation Specifications

| TRUCK/TRAILER ID CLN14 | DATE/TIME IN 8/31/2022  8:21:35AM | X DISPATCHER SIGNATURE |
|---|---|---|

| CARGO TANK LAST CONTAINED 76-22 | | |
|---|---|---|

| ASPHALT TANK # 1 | TEMP. (°F) 335 | X RECEIVED BY CONSIGNEE AT DESTINATION IN GOOD CONDITION | DATE |
|---|---|---|---|

**PRODUCT INFORMATION:**

**· · · D.O.T. HAZARDOUS MATERIALS DESCRIPTION · · ·**

**UN3257, Elevated temperature liquid, n.o.s. (refined petroleum-based asphalt), 9, PGIII**

| BOL NO. | PROD CODE | PRODUCT DESCRIPTION | NET POUNDS | SHORT TONS | NET U.S. GALLONS |
|---|---|---|---|---|---|
| 11009261 | 7300 | PG 64-22 BINDER | 52220 | 26.11 | 6040 |

| SPGR: 1.038 | | | TOTALS: | GROSS LB.: 79000 | TARE LB.: 26780 |
|---|---|---|---|---|---|

**Attachment 3**

**to Declaration of George Thagard**

## CONTINUING GUARANTY AGREEMENT

In consideration of Hunt Refining Company (hereinafter referred to as "Hunt") extending credit to _C & H PAVING, INC._ its successors, assigns, legal representatives, executors, and administrators (hereinafter collectively referred to as "Buyer"), the undersigned ("Guarantor") as an inducement to Hunt to sell and extend credit to Buyer hereby jointly and severally, unconditionally, and absolutely guarantee the due and punctual payment and maturity of whatever amount shall at any time be owing to Hunt on account of products heretofore or hereafter sold or delivered by Hunt to Buyer (hereinafter referred to as "liabilities"), whether said liabilities are in the form of open account, open account note, trade acceptance, draft, or other evidence of debt.

Guarantor further agrees that, in the event that Hunt grants to Buyer one or more extensions or renewals of any of the liabilities or any part thereof or permits or requires any other modification in any of the terms of the liabilities, or any part thereof, in any manner which may be acceptable to Hunt with or without notice to Guarantor this Guaranty shall and is hereby made to extend to and cover such extended, renewed, or modified liabilities, on whatever terms and conditions the same may have been or shall be extended, renewed, or modified.

Guarantor further agrees (a) to pay any and all of the liabilities upon demand at any time after maturity thereof (whether by acceleration or otherwise); (b) to be bound by all of the terms and provisions appearing on the face of any instrument or agreement evidencing, securing, guaranteeing, or executing in connection with any of the liabilities and of any renewal instrument or agreement just as though the Guarantor had signed such instrument or agreement; (c) that Hunt will not be required first to resort to the Buyer or any other party, but in case of default in the payment of any of the liabilities, Hunt may forthwith look to Guarantor jointly and severally for the payment under the provisions hereof; and (d) that Hunt's enforcement of the Guarantor's obligations hereunder shall not be stayed or otherwise delayed by any claim (including without limitation a counterclaim) that any obligor may have against Hunt.

Guarantor hereby further agrees that the obligation with the Guarantor hereunder is absolute, unconditional, present, and continuing guaranty of payment and not collectible and shall not be subject to any counterclaim, recoupment, setoff, or reduction of defense based upon any claim that the Guarantor may have against the Buyer or Hunt and shall not be discharged, impaired, modified, or otherwise affected by (a) any understanding or agreement that any other person, firm, or corporation was or is to execute this agreement or any other document evidencing or guaranteeing the liabilities or any part thereof; (b) the death, insolvency, or bankruptcy or any obligor or the failure of Hunt to file a claim against such deceased or bankrupt obligors' estate for such obligors' liability or obligation to Hunt; (c) any modification, amendment, supplement, or change in the status of terms in any of the liabilities; (d) any default by Buyer and payment of any of the liabilities; (e) any compromise, settlement, release, discharge, termination, waiver, or extension of time for payment, performance, or observance of any obligation or any obligor with respect to any of the liabilities; (f) the application of any payments or other sums to any of the liabilities in such order as Hunt may elect; (g) any exercise or non-exercise of any right, remedy, power, or privilege of Hunt with respect to any of the liabilities; (h) any failure, omission, delay, or lack of diligence on the part of Hunt to enforce, assert, or exercise any such right, power, privilege or remedy; (I) any claim (including but not limited to a counterclaim) that any obligor may have against Hunt; (j) any other event, circumstance, or condition whether or not the Guarantor shall have notice or knowledge thereof.

The Guarantor further agrees that it shall not be necessary for Hunt to give Guarantor notice of or to obtain consent or approval of Guarantor in connection with the making for any advances or any extensions of credit or the terms thereof, or of any renewal or extension of or other modification with respect to the liabilities, or any part thereof. The terms hereof shall inure to the benefit of the successors and assigns of Hunt and shall be binding, jointly and severally, upon the Guarantor, his or her heirs, executors, administrators, successors, and assigns.

The Guarantor hereby agrees to indemnify and hold Hunt harmless against any loss or expense, including reasonable attorneys' fees and any disbursements, that may result from any failure of any obligor to pay any of the liabilities when and as due and payable or that may be incurred by or on behalf of Hunt in enforcing payment of any of the liabilities against the Guarantor or any of the obligors.

Each of the Guarantors who now is or hereafter becomes an "insider", as defined in 11 U.S.C. Section 101 (or any amendment or successor thereto or replacement thereof), of the Borrower hereby waives and relinquishes all rights (including without limitation rights of subrogation) that such Guarantor now has or hereafter may have to recover from or be reimbursed by the Borrower or the Borrower's property, or from any person, firm, or corporation that may now or hereafter have such a right to recover from or be reimbursed by the Borrower or the Borrower's property, any amounts paid by such Guarantor to satisfy, in whole or in part, the Liabilities. The provisions of this paragraph are made for the express benefit of the Borrower as well as Hunt and may be enforced independently by the Borrower.

This Continuing Guaranty Agreement and the Guarantor's obligations hereunder shall continue to be effective or be automatically reinstated, as the case may be, any time payment of all or any part of the liabilities is recovered (a "Recovered Payment") from Hunt as a result of a preference or other claim made under any bankruptcy, insolvency, dissolution, liquidation, reorganization, receivership, or similar law or otherwise.

Any act or circumstance that shall toll any statute of limitations applicable to the Buyer's liabilities, or any of them shall also toll the statute of limitations applicable to the Guarantor's obligations under this Continuing Guaranty Agreement.

The term "Guarantor" as used herein refers to the undersigned, whether one or more natural persons, corporations, associations, partnerships, or other entities.

This Agreement shall be governed by and construed in accordance with Alabama law.

WITNESS the signature of the undersigned on this the _____3_____ day of _____Apri l_____ , 20 _1 2_ .

_____                    _____
GUARANTOR                                           GUARANTOR

THE STATE OF _Georgia_

COUNTY OF _M cDuffie_

I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that _Benji Crawford_ _____ , whose name(s) is (are) signed to the foregoing instrument and who is (are) known to me acknowledged before me on this day that, being informed of the contents of the instrument, executed the same voluntarily on the day the same bears date.

Given under my hand this _____3_____ day of _____April_____ , 20 _12_ .

_____ 12/19/14
NOTARY PUBLIC