Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

Hunt Refining Company v. C and H Paving, Inc. et al.
Case: 1-23-cv-04540-ELR
Richard H. Monk III
Georgia Bar No. 557208
Counsel for Plaintiff Hunt Refining Company

## WRIT OF EXECUTION

| United States District Court | DISTRICT Northern District of Georgia |
|---|---|

**TO THE MARSHAL OF:**

The Northern District of Georgia

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

C and H Paving, Inc.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT | |
|---|---|---|---|
| Nine hundred and nine thousand, forty-one dollars and seventeen cents | $909,041.17 | and | |

in the United States District Court for the __Northern__ District of __Georgia__ , before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

C and H Paving, Inc.

and also the costs that may accrue under this writ.
      And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE U.S. District Courthouse | DISTRICT Northern District of Georgia |
|---|---|
| CITY Atlanta, Georgia | DATE |

**Witness the Honorable** ___Judge Eleanor L. Ross___
*(United States Judge)*

| DATE | CLERK OF COURT Kevin P. Weimer |
|---|---|
| | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |